1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF WASHINGTON
9

| | |
|---|---|
| HEIDI GUPTILL, ) | |
| ) | No.  CV-10-5108-JPH |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| v. ) | MOTION TO REMAND |
| ) | |
| MICHAEL J. ASTRUE, ) | (Ct. Rec. 19) |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

   The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 19**). They have consented to proceed before a magistrate judge (Ct. Rec. 3).

   After considering the stipulation, **IT IS ORDERED** that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall issue a fully favorable decision, finding the claimant disabled since her alleged onset date of May 28, 2006.

   Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

(1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 19**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 9th day of May, 2011.

                                             *s/James P. Hutton*
                                             JAMES P. HUTTON
                             UNITED STATES MAGISTRATE JUDGE