1

2                **UNITED STATES DISTRICT COURT**

3                **EASTERN DISTRICT OF WASHINGTON**

4

5    HEIDI L. GUPTILL,                )
                                      )
6              Plaintiff,             )
                                      )        NO.  CV-10-5108-JPH
7        vs.                          )
                                      )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,               )        **CIVIL CASE**
     Commissioner of Social Security, )
9                                     )
               Defendant.             )
10                                    )
     _____ )
11

12   **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19       DATED this 9 day of May, 2011.

20                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
21

22

23                                    by:   _s/Pamela A. Howard_____
                                                    Deputy Clerk
24

25

26   cc: all counsel